**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edward REDDIC, Defendant–Appellant.**

No. 05–10536.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2007.*

Filed Jan. 16, 2007.

Thomas S. Dougherty, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Arthur L. Allen, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: ALARCÓN, HALL, and PAEZ, Circuit Judges.

## MEMORANDUM **

Federal prisoner Edward Reddic appeals from the district court's denial of his

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

motion under 28 U.S.C. § 2255. We have jurisdiction pursuant to 28 U.S.C. §§ 2253 and 1291, and we affirm.

Reddic contends that the district court erred by denying the § 2255 motion because it had imposed a sentence based on judge-found facts, contrary to *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). We disagree. In denying the § 2255 motion, the district court reconsidered Reddic's sentence under the advisory guidelines and took into consideration the factors set forth in 18 U.S.C. § 3553. We conclude the district court properly denied the § 2255 motion.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.